IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LAURA FINNEY,**

    Plaintiff,

v.

**SUN LIFE ASSURANCE COMPANY OF CANADA,**

    Defendant.

**Case No. 6:22-cv-01405-MC**

**JUDGMENT**

_____

**MCSHANE, Judge**:

    Based on the record, this case is dismissed without prejudice.

IT IS SO ORDERED.

    DATED this 30th day of November, 2022.

                                  /s/ Michael J. McShane
                                    Michael McShane
                               United States District Judge